# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 28, 2010

No. 09-41115

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff – Appellee

v.

ANGEL GUADALUPE ROJAS-CHARLES,

Defendant – Appellant

Appeal from the United States District Court
for the Southern District of Texas
(09-CR-31)

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellant's unopposed motion to vacate the judgment of the district court is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to remand the case to the district court for reconsideration of the sentence, in light of USA v. Jeffries, is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 09-40115

IT IS FURTHER ORDERED that appellant's unopposed motion to expedite the ruling on motion to vacate, etc., is MOOT.


IT IS FURTHER ORDERED that appellant's unopposed motion to issue the mandate forthwith is GRANTED.